# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALONZO ANDERSON,** | } | |
| **Plaintiff,** | } | |
| **v.** | } | Case No.:  2:13-CV-02192-RDP |
| **OPTIMUM OUTCOMES, INC.,** | } | |
| **Defendant.** | } | |

## ORDER OF DISMISSAL

This matter is before the court on Plaintiff's Notice of Dismissal Pursuant to Rule 41 F.R.C.P. 41(a)(1)(A)(i).  (Doc. # 15).  Upon consideration of the matters presented in the Notice, the court hereby **ORDERS** that Plaintiff's claims in this action against Defendant shall be, and are, **DISMISSED WITHOUT PREJUDICE**.   Costs are taxed as paid.

**DONE** and **ORDERED** this ____7th____ day of April, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE